UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YOLANDA Y. RICHARDSON, | ) | CASE NO. 1:20-cv-1671 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. (Doc. No. 21 ["R&R"].) In the R&R, the Magistrate Judge recommends that the Court reverse the decision of the Commissioner of Social Security and remand the matter for further proceedings. On October 26, 2021, the Commissioner filed a response in which he advised the Court that he would not be filing objections to the R&R. (Doc. No. 22.)

The Court has reviewed the Magistrate Judge's R&R and adopts the same. Accordingly, the decision of the Commissioner is REVERSED, and this matter is REMANDED to the Commissioner for further proceedings consistent with the R&R and this Court's Memorandum Opinion.

**IT IS SO ORDERED**.

Dated: October 29, 2021

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**